IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MADHI COLLINS, | : | No. 3:24cv1571 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| CORRECTIONAL OFFICER KINER, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this ___ day of May 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1. Defendants' motion to partially dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), (Doc. 32), is **GRANTED** in part and **DENIED** in part.

2. The First Amendment retaliation claim against all named defendants for discarding the plaintiff's grievance is **DISMISSED**.

3. The First Amendment retaliation claim against Defendant Kiner for the alleged fabrication of a misconduct is **DISMISSED**.

4. The Eighth Amendment excessive force claim against Defendants Schaeffer, Snyder, and Usher is **DISMISSED**.

5. This action **SHALL PROCEED** on the Eighth Amendment failure to intervene claim against Defendants Schaeffer, Snyder, and Usher and the Eighth Amendment excessive force claim against Defendant Kiner.

6. Discovery shall be completed on or before July 28, 2025. In accordance with Local Rule of Court 5.4(b), the parties shall refrain from filing discovery requests with the court.

7. On or before August 12, 2025, the parties shall **NOTIFY** the court of whether they are amenable to mediation.

8. On or before August 12, 2025, the parties shall **NOTIFY** the court of their willingness to consent to the jurisdiction of a United States Magistrate Judge. See 28 U.S.C. § 636(c).

9. Dispositive motions shall be filed on or before August 27, 2025.

10. No extensions of the pre-trial schedule shall be granted absent good cause. See FED. R. CIV. P. 16(b).

11. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of court, shall be stricken from the record.

12. The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

13. Any appeal from this order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court