## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MADHI COLLINS,                           :        No. 3:24cv1571
                                         :
                    Plaintiff            :        (Judge Munley)
                                         :
        v.                               :
                                         :
CORRECTIONAL OFFICER KINER,              :
et al.,                                  :
                                         :
                    Defendants           :
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### 4th ORDER

**AND NOW**, to wit, this ___4th___ day of June 2026, upon consideration of

defendants' motion (Doc. 46) for summary judgment pursuant to Federal Rule of

Civil Procedure 56, and for the reasons set forth in the accompanying

memorandum, it is hereby **ORDERED** that:

1.    The motion (Doc. 46) is **GRANTED**.

2.    The Clerk of Court is directed to **ENTER** judgment in favor of
      defendants Kiner, Snyder, Schaeffer, and Usher, and against plaintiff.

3.    The remaining pending motions (Docs. 44, 55) are **DISMISSED** as
      moot.

4.    The Clerk of Court is further directed to **CLOSE** this case.

5.     Any appeal from this order is **DEEMED** frivolous and not taken in good faith.  <u>See</u> 28 U.S.C. § 1915(a)(3).

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court